UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellant, v. DARRICK C. ESTELL, Defendant-Appellee. | No. 18-16971 D.C. Nos. 2:17-cv-01683-MMD 2:13-cr-00185-MMD-VCF-2 District of Nevada, Las Vegas ORDER |

The government's unopposed motion (Docket Entry No. 8) to stay appellate proceedings is granted.

Appellate proceedings are stayed pending the Supreme Court's disposition in *United States v. Davis,* S. Ct. No. 18-431, or until further order of this court.

The government shall file a status report on May 31, 2019, and every 90 days thereafter while *United States v. Davis* is pending.

The government shall notify this court by filing a status report within 7 days of the Supreme Court's disposition of *United States v. Davis*.

Failure to file a status report will terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

LBS 02-25-2019/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7